1  MICHAEL A. GEVERTZ, ESQ. (SBN 127711)
   ELEANOR M. ROMAN, ESQ. (SBN 178736)
2  Soderquist Law Offices
   351 California St., Suite 550
3  San Francisco, California 94104
   Telephone:   (415) 262-0062
4  Facsimile:   (415) 394-6390

5  Attorneys for Plaintiff
   CEP Emery Tech Investors LLC

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT

## OAKLAND

| | |
|---|---|
| CEP Emery Tech Investors LLC, | Case No. C 09-04409 SBA |
| Plaintiff, | NOTICE OF CHANGE OF COUNSEL; STIPULATION; |
| v. | [PROPOSED] ORDER. |
| JPMORGAN CHASE BANK, N.A., | Civil L.R. 7-12 |
| Defendant. | GENERAL ORDER NO. 45 IV.C.5 |
| | Complaint Filed: February 26, 2009 |
| | Trial Date:  None |
| | |
| | Judge:   Hon. Saundra Brown Armstrong |
| JPMORGAN CHASE BANK, N.A., | |
| Cross-Complainant, | |
| v. | |
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR WASHINGTON MUTUAL BANK, | |
| Cross-Defendant. | |

---

1

NOTICE OF CHANGE OF COUNSEL; STIPULATION; [PROPOSED] ORDER

THE COURT AND ALL PARTIES ARE HEREBY NOTIFIED THAT:

Plaintiff, CEP Emery Tech Investors, LLC ("Plaintiff" or "Emery Tech") makes the following change of counsel:

Emery Tech's former counsel of record were: Frank T. Pepler, Esq., Erin Jane Illman, Esq., Pepler Mastromonaco LLP.

Emery Tech's new counsel of record are: Michael A. Gevertz, Esq., Eleanor M. Roman, Esq., Soderquist Law Offices, 351 California Street, Suite 550, San Francisco, California 94104, Telephone: (415) 374-8500; facsimile (415) 394-6390.

This Notice may be executed in counterparts.

I consent to this change of counsel.

Date: April 1, 2010

CEP EMERY TECH INVESTORS, LLC
a Delaware limited liability company

By: EPI Emery Tech Investors LLC,
a California limited liability company
Its: Manager

By: Ellis Partners LLC, a California limited liability company
Its: Manager

_____
James F. Ellis, Managing Member

I consent to this change of counsel.

Date: April ____, 2010

PEPLER MASTROMONACO, LLP

_____
Peter A. Mastromonaco, Esq.

I consent to this change of counsel.

Date: April ____, 2010

SODERQUIST LAW OFFICES

_____
Eleanor M. Roman, Esq.

1     THE COURT AND ALL PARTIES ARE HEREBY NOTIFIED THAT:

2     Plaintiff, CEP Emery Tech Investors, LLC ("Plaintiff" or "Emery Tech") makes the
3 following change of counsel:

4     Emery Tech's former counsel of record were: Frank T. Pepler, Esq., Erin Jane Illman,
5 Esq., Pepler Mastromonaco LLP.

6     Emery Tech's new counsel of record are: Michael A. Gevertz, Esq., Eleanor M. Roman,
7 Esq., Soderquist Law Offices, 351 California Street, Suite 550, San Francisco, California 94104,
8 Telephone: (415) 374-8500; facsimile (415) 394-6390.

9     This Notice may be executed in counterparts.

10 I consent to this change of counsel.

11 Date: April 1, 2010          CEP EMERY TECH INVESTORS, LLC
12                                 a Delaware limited liability company

13                                 By: EPI Emery Tech Investors LLC,
                                  a California limited liability company
14                                 Its: Manager

15                                     By: Ellis Partners LLC, a California limited liability
16                                         company
                                  Its: Manager
17

18                                 James F. Ellis, Managing Member

19 I consent to this change of counsel.

20 Date: April \_\_, 2010          PEPLER MASTROMONACO, LLP
21                                 */s/ Peter A. Mastromonaco*
22                                 Peter A. Mastromonaco, Esq.
  I consent to this change of counsel.
23
Date: April \_\_\_\_, 2010        SODERQUIST LAW OFFICES
24

25                                 Eleanor M. Roman, Esq.

26

27

28

NOTICE OF CHANGE OF COUNSEL; STIPULATION; [PROPOSED] ORDER

1  THE COURT AND ALL PARTIES ARE HEREBY NOTIFIED THAT:

2  Plaintiff, CEP Emery Tech Investors, LLC ("Plaintiff" or "Emery Tech") makes the
3  following change of counsel:

4  Emery Tech's former counsel of record were: Frank T. Pepler, Esq., Erin Jane Illman,
5  Esq., Pepler Mastromonaco LLP.

6  Emery Tech's new counsel of record are: Michael A. Gevertz, Esq., Eleanor M. Roman,
7  Esq., Soderquist Law Offices, 351 California Street, Suite 550, San Francisco, California 94104,
8  Telephone: (415) 374-8500; facsimile (415) 394-6390.

9  This Notice may be executed in counterparts.

10 I consent to this change of counsel.

11 Date: April 1, 2010                    CEP EMERY TECH INVESTORS, LLC
                                          a Delaware limited liability company
12
13                                        By: EPI Emery Tech Investors LLC,
                                          a California limited liability company
14                                        Its: Manager

15                                              By: Ellis Partners LLC, a California limited liability
                                                    company
16                                              Its: Manager

17                                        _____
18                                        James F. Ellis, Managing Member

19 I consent to this change of counsel.

20 Date: April ____, 2010                 PEPLER MASTROMONACO, LLP

21                                        _____
22                                        Peter A. Mastromonaco, Esq.
   I consent to this change of counsel.
23 Date: April __, 2010                   SODERQUIST LAW OFFICES
24                                        _____
25                                        Eleanor M. Roman, Esq.

26
27
28

## STIPULATION

The following parties to this action, by and through their counsel of record hereby stipulate and agree to the foregoing change of counsel.

This Stipulation and Agreement may be executed in counterparts.

IT IS SO STIPULATED AND AGREED.

    MORGAN, LEWIS & BOCKIUS

    _____
    Kathleen M. Waters, Attorneys for defendant
    JPMorgan Chase Bank, N.A.

    LIVINGSTON LAW FIRM

    _____
    Jason George Gong, Attorneys for third party
    cross- defendant Federal Deposit Insurance
    Corporation, as Receiver for

## ORDER

Based on the Notice of Change of Counsel, and the Stipulation and Agreement thereto above, IT IS HEREBY ORDERED THAT counsel of record for Plaintiff, CEP Emery Tech Investors, LLC shall be changed to Michael A. Gevertz, Esq. and Eleanor M. Roman, Esq. Soderquist Law Offices, 351 California Street, Suite 550, San Francisco, CA 94104. Telephone: 415-262-0062; facsimile: 415-394-6390.

IT IS SO ORDERED.

4-12-10

    _____
    Hon. Saundra Brown Armstrong

1
2 ## STIPULATION

3    The following parties to this action, by and through their counsel of record hereby
4 stipulate and agree to the foregoing change of counsel.

5    This Stipulation and Agreement may be executed in counterparts.

6    IT IS SO STIPULATED AND AGREED.

7                                                            MORGAN, LEWIS & BOCKIUS
8
9                                                            _____
10                                                           Kathleen M. Waters, Attorneys for defendant
                                                             JPMorgan Chase Bank, N.A.
11
                                                             LIVINGSTON LAW FIRM
12
13                                                           *[signature]* 4/2/10

14                                                           Jason George Gong, Attorneys for third party
                                                             cross- defendant Federal Deposit Insurance
15                                                           Corporation, as Receiver for

16
17 ## ORDER

18
19   Based on the Notice of Change of Counsel, and the Stipulation and Agreement thereto
20 above, IT IS HEREBY ORDERED THAT counsel of record for Plaintiff, CEP Emery Tech
21 Investors, LLC shall be changed to Michael A. Gevertz, Esq. and Eleanor M. Roman, Esq.
22 Soderquist Law Offices, 351 California Street, Suite 550, San Francisco, CA 94104. Telephone:
23 415-262-0062; facsimile: 415-394-6390.

24
25   IT IS SO ORDERED.

26
27                                                           _____
                                                             Hon. Saundra Brown Armstrong
28

# CERTIFICATE OF SERVICE

(28 U.S.C. § 1746)

I, Judy Hunter, hereby declare under penalty of perjury under the laws of the United States of America that the following facts are true and correct:

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within entitled cause. I am an employee of Soderquist Law Offices and my business address is 351 California Street, Suite 550, San Francisco, CA 94104.

On April 5, 2010, I caused the following documents to be served:

**NOTICE OF CHANGE OF COUNSEL; STIPULATION; [PROPOSED] ORDER.**
In the following manner:

☐ **By Placing For Collection And Mailing.** I placed copies of said document(s) for collection and mailing on the date and at the place shown above following our ordinary business practice. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business in the United States mail in a sealed envelope, with postage fully prepaid. The documents were addressed as follows:

☐ **By Hand Delivery.** I enclosed a true and correct copy of the above-entitled document(s) in an envelope and caused such envelope to be delivered by hand to the office of the addressee, as follows:

☐ **By Express Mail.** I deposited copies of said document(s) in a post office, mailbox, subpost office substation, mail chute or other like facility regularly maintained by the United States Postal Service for receipt of Express Mail, in a sealed envelope, with Express Mail postage fully prepaid, addressed as follows:

☐ **By Overnight Delivery Or Express Service Carrier.** I deposited copies of said document(s) in a box or other facility regularly maintained by the overnight delivery service or express service, or by delivering them to an authorized courier or driver authorized by the overnight delivery or express service to receive documents, in an envelope or package designated by the overnight delivery or express service carrier, with delivery fees paid or provided for, addressed as follows:

☐ **By Fax.** On the above date at _____, from sending facsimile number (415) 978-9862 at the address shown above, I transmitted copies of said document(s), bearing a notation of the facsimile telephone number(s) to which they were transmitted, to a facsimile machine maintained by the person(s) listed below, at the facsimile machine telephone number last given by them. The transmission was reported as complete and without error, and a copy of the transmission report(s) issued by the transmitting facsimile machine is attached hereto.

☒ **By Email (electronic service).** Based on a court order or agreement of the parties to accept service by electronic transmission, I caused said document(s) to be served by email to the parties indicated below, to the indicated email addresses. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

| | | |
|---|---|---|
| 1 | *Counsel for Defendant and Third Party Plaintiff JP Morgan:* | *Counsel for Third Party Defendant Federal Deposit Insurance Corporation:* |
| 2 | Neal Samuel Salisian | Jason George Gong |
| 3 | Kathleen Waters<br>Morgan, Lewis & Bockius | Renee Welze Livingston<br>Livingston Law Firm |
| 4 | 300 So. Grand Ave., 22nd Fl. | 1600 South Main Street, Suite 280 |
| | Los Angeles, CA 90071-3132 | Walnut Creek, CA 94596 |
| 5 | Tel: 213 612 7375 | Tel: (925) 952-9880 |
| | Fax: 213 612 2501 | Fax: (925) 952-9881 |
| 6 | kwaters@morganlewis.com | email: jgong@livingstonlawyers.com |
| 7 | | email: rlivingston@livingstonlawyers.com |

*Former Counsel for Plaintiff, CEP Emery Tech Investors, LLC:*

Frank T. Pepler, Esq.
Peter A. Mastromonaco, Esq.
Pepler Mastromonaco LLP
100 First St., 25th floor
San Francisco, CA 94105
Tel: 415-978-9860
frank.pepler@dlapiper.com

Executed on April 5, 2010, at San Francisco, California.

*/s/ Judy Hunter*
Judy Hunter