1

2               UNITED STATES DISTRICT COURT

3          FOR THE NORTHERN DISTRICT OF CALIFORNIA

4                      OAKLAND DIVISION

5

| | |
|---|---|
| 6   CEP EMERY TECH INVESTORS LLC, | Case No:  C 09-04409  SBA |
| 7          Plaintiff, | |
| 8        vs. | **ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER SETTING EARLIER DATE FOR HEARING ON MOTION TO VACATE ORDER OF DISMISSAL AND REINSTATE ACTION** |
| 9   JPMORGAN CHASE BANK, N.A., | |
| 10         Defendant. | |
| 11 | Dkt. 57 |

12       On February 26, 2009, Plaintiff commenced this breach of contract action in the

13   Alameda County Superior Court.  On September 18, 2009, Defendant removed this action on

14   the basis of federal question jurisdiction.  Subsequently, on September 20, 2010, the Court

15   issued an Order to Show Cause as to why this action should not be dismissed under Federal

16   Rule of Civil Procedure 41(b) for lack of prosecution, on the grounds that Plaintiff had failed to

17   meet and confer with Defendant regarding the September 16, 2010 Case Management

18   Conference, had failed to file a Case Management Statement as ordered, and failed to set up the

19   call for the Case Management Conference.  Dkt. 50.  In that Order to Show Cause, the Court

20   directed Plaintiff to file a Certificate of Counsel by September 27, 2010 in response to the

21   order.  On September 30, 2010, having received no response from Plaintiff, the Court

22   dismissed this action under Rule 41(b).  Dkt. 52.

23       Nearly three months later, on December 22, 2010, Plaintiff filed a Motion to Vacate

24   Order of Dismissal and Reinstate Action ("Motion to Vacate Dismissal").  Dkt. 53.  Plaintiff's

25   Motion to Vacate Dismissal is scheduled for hearing on April 5, 2011, which is the Court's

26   first available hearing date for that motion.  On January 14, 2011, Plaintiff filed the instant Ex

27   Parte Application for an Order Setting Earlier Date for Hearing of Motion to Vacate Order of

28

1  Dismissal and Reinstate Action, whereby Plaintiff requests a hearing date prior to April 5, 2011

2  for Plaintiff's Motion to Vacate Dismissal.  Dkt. 57.

3       Pursuant to Civil Local Rule 6-3(a)(3), a motion to shorten time must identify "the

4  substantial harm or prejudice that would occur if the Court did not change the time."  Here,

5  Plaintiff contends, without elaboration, that "the parties will be prejudiced by the further delay

6  in this action which will result if the motion is not heard until April 5, 2011."  Dkt. 57 at  2.[1]

7  However, other than this general assertion of prejudice, Plaintiff has not identified any

8  "substantial harm or prejudice" that the parties would specifically incur.  Accordingly,

9       IT IS HEREBY ORDERED THAT Plaintiff's Ex Parte Application for an Order Setting

10  Earlier Date for Hearing of Motion to Vacate Order of Dismissal and Reinstate Action is

11  DENIED.  This Order terminates Docket 57.

12       IT IS SO ORDERED.

13  Dated: 1/31/11

       _____
14     SAUNDRA BROWN ARMSTRONG
       United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28       [1] Plaintiff also states that it seeks to reopen this case "due to the discovery of Plaintiff's
counsel's mental illness causing him to abandon the client and ignore the Court."  Id.