Jason G. Gong (SBN 181298)
LAW OFFICE OF JASON G. GONG
A Professional Corporation
2121 N. California Blvd., Suite 290
Walnut Creek, CA 94596
Telephone: (925) 735-3800
Facsimile: (925) 735-3801
Email: jgong@gonglawfirm.com

Attorney for Defendant FEDERAL DEPOSIT
INSURANCE CORPORATION as Receiver for
Washington Mutual Bank

**FILED**
FEB - 3 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**FILED**
FEB - 3 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEP EMERY TECH INVESTORS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JP MORGAN CHASE BANK, N.A., ) <br> FEDERAL DEPOSIT INSURANCE ) <br> CORPORATION AS RECEIVER FOR ) <br> WASHINGTON MUTUAL BANK, ) <br> ) <br> Defendants. ) <br> ) | Case No. 4:09-cv-04409 SBA <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER** |

**TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendant Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank ("FDIC-Receiver"), hereby substitutes LAW OFFICE OF JASON G. GONG, as defendant's new attorney of record in place of former counsel, LIVINGSTON LAW FIRM. The contact information for new counsel is as follows:

> Jason G. Gong (jgong@gonglawfirm.com)
> LAW OFFICE OF JASON G. GONG
> A Professional Corporation
> 2121 N. California Blvd., Suite 290
> Walnut Creek, CA 94596
> Tel: (925) 735-3800
> Fax: (925) 735-3801

---

*CEP Emery Tech Investors, LLC v. JP Morgan Chase Bank, N.A., et al.* – Case No. 4:09-cv-04409 SBA
Notice of Substitution of Counsel; [Proposed] Order

1

1  ///
2  ///
3  Dated: February 2, 2012            By: _____
4                                         STEPHEN J. PRUSS for FEDERAL
                                           DEPOSIT INSURANCE CORPORATION
5
6       The undersigned consents to the above substitution.
7
8  Dated: February 2, 2012            LIVINGSTON LAW FIRM
9
10                                     By: _____
11                                         Craig A. Livingston
                                           Renée Welze Livingston
12
13      The undersigned hereby accepts the above substitution.
14
15 Dated: February 2, 2012            LAW OFFICE OF JASON G. GONG
16
17                                     By: _____
                                           Jason G. Gong
18                                         Attorney for Defendant FEDERAL
                                           DEPOSIT INSURANCE CORPORATION
19                                         as Receiver for Washington Mutual Bank
20      IT IS SO ORDERED.
21
22 Dated: 2/3/12                       _____
23                                     Honorable Saundra Brown Armstrong
                                       UNITED STATES DISTRICT JUDGE
24
25
26
27
28